EXHIBIT "A"

A certain lot or parcel of land situated in Otisfield, aforesaid, bounded and described as follows, to wit: Commencing on the westerly side of the Otisfield Gore road, so-called, and at a stone post on the southeasterly corner of land conveyed to one Grover by Deed of Lillian J. Maloon dated January 31, 1941 and recorded in Cumberland Registry of Deeds, Book 1626, Page 408; thence westerly by land of said Grover one hundred (100) feet to an iron pin set in the ground; thence southerly and by land of said Grover one hundred (100) feet to an iron pin set in the ground; thence easterly and parallel with the first bound one hundred (100) feet to an iron pin set in the ground on the westerly side of said Otisfield Gore road, and thence northerly by said road one hundred (100) feet to the point and bound begun at

Being precisely the same premises conveyed to me by Warranty Deed of the Grantees herein under date of May 28, 1960, and which deed is duly recorded in Cumberland County Registry of Deeds, Book 2542, Page 13.

EXHIBIT A