# EXHIBIT B

### (958 Gore Road, Otisfield)

PARCEL ONE:

A certain lot or parcel of land with the buildings thereon, situated in Otisfield, County of Oxford, formerly of Cumberland County, and State of Maine, bounded and described as follows:

Commence on the westerly side of Otisfield Gore Road, so-called, and at a stone post on the southeasterly corner of land conveyed to one Grover by deed of Lillian J. Maloon dated January 31, 1941, and recorded in the Cumberland County Registry of Deeds in Book 1626, Page 408; thence westerly by land of said Grover, one hundred (100) feet to an iron pipe set in the ground; thence southerly and by land of said Grover not herein conveyed, three hundred (300) feet to an iron pipe set in the ground; thence easterly one hundred (100) feet to an iron pipe set in the ground on the westerly side of said Otisfield Gore Road; and thence northerly by said Road, three hundred (300) feet to the point and bound begun at.

FOR SOURCE OF TITLE of the Estate of George Libby, Jr., see Warranty Deed from George E. Currier and Mamie C. Currier to George Libby, Jr. and Virginia Libby, as joint tenants, dated April 12, 1958 and recorded in the Cumberland County Registry of Deeds in Book 2404, Page 241.

PARCEL TWO:

A certain lot or parcel of land situated in Otisfield, County of Oxford, formerly of Cumberland County, and State of Maine, bounded and described as follows, to wit: Commencing on the westerly side of the Otisfield Gore Road, so-called, and at a stone post on the southeasterly corner of land conveyed to one Grover by Deed of Lillian J. Maloon dated January 31, 1941 and recorded in Cumberland Registry of Deeds, Book 1626, Page 408; thence westerly by land of said Grover one hundred (100) feet to an iron pin set in the ground; thence southerly and by land of said Grover one hundred (100) feet to an iron pin set in the ground; thence easterly and parallel with the first bound one hundred (100) feet to an iron pin set in the ground on the westerly side of said Otisfield Gore Road, and thence northerly by said road one hundred (100) feet to the point and bound begun at.

FOR SOURCE OF TITLE of the Estate of George Libby, Jr., see Warranty Deed from Lyman Wing to George Libby, Jr. and Virginia Libby, as joint tenants, dated July 16, 1963 and recorded in the Cumberland County Registry of Deeds in Book 2763, Page 1.

The said Virginia M. Libby died on April 24, 1990 and the said George Libby, Jr. died on May 19, 2013.

O:\Androlc\WPDOCS\FAY\WPDOCS\2017\0000\17-0089 Exhibit A.doc

EXHIBIT B