Recording Requested By:

And When Recorded Mail To:
T.D. Service Company
4000 W. Metropolitan Dr.
Suite# 400
Orange, CA 92868

_____ above for Recorder's use _____

Customer#: 1/1   Service#: _

Loan#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, BENEFICIAL MAINE, INC., 636 GRAND REGENCY BLVD, BRANDON, FL 33510-0000, hereby assign and transfer to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000, all its right, title and interest in and to said Mortgage in the amount of $47,368.03, recorded in the State of MAINE, County of OXFORD Official Records, dated JANUARY 06, 2006 and recorded on JANUARY 10, 2006, as Instrument No. 347, In Book No. 3870, at Page No. 231.
Executed by: GEORGE A LIBBY JR (Original Mortgagor).
Original Mortgagee: BENEFICIAL MAINE, INC..

Date: JUNE 08, 2016
BENEFICIAL MAINE, INC., BY CALIBER HOME LOANS, INC. AS ITS ATTORNEY IN FACT

By: _____
Stoner Wade, Authorized Signatory

State of   **OKLAHOMA**
County of **OKLAHOMA**   } ss.

On JUNE 08, 2016, before me, Hailey Woosley, a Notary Public, personally appeared Stoner Wade, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

(Notary Name): Hailey Woosley
My commission expires: 06/01/2020

Prepared By: Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
AJAY CHAUHAN, (405) 608-2535

Recorded: Oxford East County 7/11/2016  12:02:41 PM
Patricia A Shearman Register of Deeds

